1  BINGHAM MCCUTCHEN LLP
   David M. Balabanian (SBN 37368)
2  Three Embarcadero Center
   San Francisco, CA  94111-4067
3  Email:  david.balabanian@bingham.com
   Telephone: 415.393.2000
4  Facsimile:  415.393.2286

5  KELLOGG, HUBER, HANSEN, TODD, EVANS &
   FIGEL, P.L.L.C.
6  David L. Schwarz (SBN 206257)
   Sumner Square
7  1615 M Street, N.W., Suite 400
   Washington, DC  20036
8  Email:  dschwarz@khhte.com
   Telephone:  202.326.7900
9  Facsimile:  202.326.7999

10 Attorneys for Defendant
   THE BANK OF NEW YORK MELLON
11 CORPORATION

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 *In re* BANK OF NEW YORK MELLON          No. 3:11-cv-05683-JCS
   CORPORATION FALSE CLAIMS ACT
17 FOREIGN EXCHANGE LITIGATION, *Ex rel*.   STIPULATION EXTENDING TIME TO
   FX ANALYTICS,                            RESPOND TO SECOND AMENDED
18                                          COMPLAINT

19              Plaintiff,
        v.
20
   THE BANK OF NEW YORK MELLON
21 CORPORATION, and DOES 1 through 100,
   inclusive,
22
              Defendants.
23

24

25

26

27

28

A/74624080.2                                          Case No. 3:11-cv-05683-JCS

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT

1    Pursuant to Civil Local Rule 6-1(a), the undersigned parties hereby stipulate and

2  agree to extend the time within which Defendant may plead, move or otherwise respond to the

3  Second Amended Complaint as follows:

4    1.    On or before December 27, 2011, the Plaintiff/Relator and the Intervenors

5  (collectively, "Plaintiffs") may:  (1) move to remand this action to state court in whole or in part,

6  (2) file a further amended complaint(s), or (3) take none of these actions.

7    2.    If Plaintiffs neither move to remand nor file a further amended complaint,

8  Defendant shall have until January 23, 2012 to plead, move or otherwise respond to the Second

9  Amended Complaint currently on file in this action.

10    3.    If Plaintiffs move to remand, Defendant shall have until January 23, 2012

11  to oppose such motion.

12    4.    If a motion to remand is made and denied, Plaintiffs may amend the

13  present complaint within 15 days of the Court's ruling denying the motion to remand.  If no

14  Plaintiff elects to amend, Defendant shall plead, move, or otherwise respond to the Second

15  Amended Complaint currently on file within 45 days of the Court's ruling denying the motion to

16  remand.

17    5.    If any Plaintiff files an amended complaint rather than seeking remand,

18  Defendant shall have 30 days from the filing and service of such amended complaint in which to

19  plead, move or otherwise respond to it.  The briefing schedule on any such motion shall be in

20  accordance with the Local Civil Rules for the Northern District of California.

21

22  Dated:  December 13, 2011                    BINGHAM McCUTCHEN LLP

23

24                                              By:_  /s/ David M. Balabanian_____
                                                 David M. Balabanian (SBN 37368)
25                                               Attorneys for Defendant The Bank of
                                                 New York Mellon Corporation
26

27

28

A/74624080.2                        2                        Case No. 3:11-cv-05683-JCS

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT

1    Dated:  December 13, 2011              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

2

3                                          By:   /s/ Lexi Hazam
                                                Lexi Hazam (SBN 224457)
4                                               Attorneys for Plaintiff/Relator FX Analytics

5    Dated:  December 13, 2011              COTCHETT, PITRE & McCARTHY, LLP

6

7                                          By:   /s/ Steven N. Williams
                                                Steven N. Williams (SBN 175849)
                                                Attorneys for Intervenors Los Angeles County
8                                               Employees Retirement Agency, San Diego
                                                County Employee Retirement Association, Los
9                                               Angeles Department of Water and Power
                                                Retirement Plan, and Stanislaus County
10                                              Employees Retirement Agency

11

12

13   Dated: Dec. 14, 2011

14                                 IT IS SO ORDERED

15
                                   Judge Joseph C. Spero
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT