IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANK OF NEW YORK MELLON CORPORATION FALSE CLAIMS ACT FOREIGN EXCHANGE LITIGATION, | |
| *Ex rel.* FX ANALYTICS, LOS ANGELES COUNTRY EMPLOYEE RETIREMENT ASSOCIATION, LOS ANGELES DEPARTMENT OF WATER & POWER RETIREMENT PLAN, SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION, AND STANISLAUS COUNTY EMPLOYEE RETIREMENT ASSOCIATION, | No. C 11-05683 WHA |
| Plaintiff/Relator/Intervenors, | **NOTICE REQUESTING SUPPLEMENTAL SUBMISSIONS RE DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| THE BANK OF NEW YORK MELLON CORPORATION, BANK OF NEW YORK MELLON TRUST COMPANY, N.A., and DOES 1 through 100, inclusive, | |
| Defendants. | |

On February 13, defendants moved to dismiss plaintiffs' complaint pursuant to FRCP 12(b)(6) and (3). A hearing was held on defendants' motion to dismiss on March 1. Two issues raised in the briefs were not adequately addressed therein or at the hearing. Accordingly, counsel shall provide supplemental briefs of no more than five pages by **NOON ON MARCH 12, 2012**, limited to the following issues:

1. Defendants' motion alleges valid and enforceable forum selection clauses contained in defendants' custody agreements with the LACERA, Stanislaus County, and San Diego County funds.

   (a) Do plaintiffs dispute the existence of valid, enforceable forum selection clauses in the governing agreements?

   (b) Counsel shall provide authority for why the clauses should or should not be enforced where an action is brought *on behalf of* the parties pursuant to the CFCA.

   (c) Do the parties dispute enforceability of the forum selection clauses over non-CFCA state law claims? If so, counsel shall submit relevant authority to support their respective positions.

2. Defendants' motion further alleges the existence of a mandatory dispute resolution clause in their custody agreement with LACERA.

   (a) Do plaintiffs dispute the existence of a valid, enforceable, mandatory dispute resolution clause in the governing agreement between LACERA and defendants?

   (b) Each party shall submit signed affidavits and supporting documents showing what dispute resolution processes, if any, have been employed, and if any of these processes are pending.

**IT IS SO ORDERED.**

Dated: March 6, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE