IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BANK OF NEW YORK MELLON CORPORATION FALSE CLAIMS ACT FOREIGN EXCHANGE LITIGATION, Ex rel. FX ANALYTICS,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. C 11-05683 WHA<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

    In order to give the MDL panel an opportunity to rule on the pending petition, the case management conference will be continued to **MAY 10, 2012 AT 3 P.M**.

    **IT IS SO ORDERED.**

Dated: April 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE